IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELVOURA L. SHERROD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 08-650 |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

FILED

APR 22 2009

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 22d day of April, 2009, upon independent review of the brief in support of review filed by Plaintiff, Defendant's response, Plaintiff's reply thereto, and the administrative record, and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and no objections having been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED** insofar as Plaintiff requests that the administrative decision be vacated;

3. The final decision of the Commissioner denying disability benefits to Plaintiff for the period October 23, 2001 to June 27, 2004 is **VACATED**; and

4. The matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

BY THE COURT:

WILLIAM H. YOHN, JR., J.